# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAVID CARLETTI AND BRENDA CARLETTI, H/W, : No. 576 MAL 2018

Petitioners : Petition for Allowance of Appeal from the Order of the Commonwealth Court

v. :

COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, :

Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.